# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES KELLY,

    Plaintiff,

v.

CSE SAFEGUARD INSURANCE COMPANY,

    Defendant.

Case No. 2:08-CV-0088-KJD-RJJ

**ORDER**

    Presently before the Court is Defendant CSE Safeguard Insurance Company's Emergency Motion to Bifurcate Trial (#119). Plaintiff filed a response in opposition (#122) to which Defendant replied (#125). Having read and considered the briefing the Court grants CSE's motion to the extent that it seeks bifurcation of the trial on Plaintiff's punitive damages claim from his remaining claims. However, to the extent that Defendant seeks to also bifurcate discovery on damages until after liability is determined, the motion is denied. The motions for protective orders (#120/121), concurrently filed with this motion, are referred to the magistrate judge who determines the scope of discovery.

**IT IS SO ORDERED.**

    DATED this 4th day of February 2011.

                                               Kent J. Dawson
                                               United States District Judge